IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SAMUEL T. WILLIAMS and KOURTNEY BYNUM,
Individually, and DONALD REED, SR. And JUDY
THOMPSON, Individually and on Behalf of the Wrongful
Death Beneficiaries of DONALD REED, JR.                 PLAINTIFFS

VS.                       CIVIL ACTION NO. 4:08CV163-A-S

CHRISTOPHER EPPS; JOHN DOE, Jail Administrators,
1-10; RICHARD ROE, Corrections Officers, 1-10; and
JOHN DOE CORPORATIONS, 1-10                 DEFENDANTS

## **ORDER**

This matter is before the court on motion of the plaintiff to strike the defendant's answer (# 10). The defendant has not responded to the motion, and because the defendant filed his answer after the clerk's entry of default was entered, the court finds the motion to be well taken. Should the clerk's entry of default be set aside, the defendant may then file an answer subject, of course to objections by the plaintiff.

IT IS, THEREFORE, ORDERED that the plaintiffs' motion to strike the defendant's answer (# 10) is hereby GRANTED.

SO ORDERED, this the 10th day of November 2009.

                                      /s/ David A. Sanders
                                      UNITED STATES MAGISTRATE JUDGE