# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**SAMUEL T. WILLIAMS, ET AL.**                            **PLAINTIFFS**

**VS.**                                    **CIVIL ACTION NO. 4:08CV163-A-S**

**CHRISTOPHER EPPS, ET AL.**                            **DEFENDANTS**

## **ORDER**

This matter is before the court on the unopposed motion of the plaintiffs to stay the deadlines pending service of process on defendant Anthony Taylor (# 42). After considering the matter, the court finds the motion to be well taken, and it shall be GRANTED.

IT IS, THEREFORE, ORDERED that:

- the motion to stay pending deadlines (# 42) is hereby GRANTED.

- plaintiffs shall serve defendant Anthony Taylor by June 8, 2010 and shall notify the court when service is perfected, or, in the event that service cannot be accomplished by this date, shall notify the court why service is not possible, at which time the court will reconsider the motion.

SO ORDERED, this the 25th day of May 2010.

                                                           /s/ David A. Sanders
                                                           UNITED STATES MAGISTRATE JUDGE