**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**SAMUEL T. WILLIAMS, ET AL.**                                      **PLAINTIFFS**

**VS.**                          **NO. 4:08CV163-SA-DAS**

**CHRISTOPHER EPPS, ET AL.**                                      **DEFENDANTS**

## ORDER EXTENDING TIME AND LIFTING STAY

Before the court is the second *ore tenus* motion of the plaintiffs for additional time in which to effect service on Defendant Anthony Taylor. The court has considered the motion and is of the opinion that it should be granted. However, the stay previously entered herein will be lifted, and the parties shall adhere to the current scheduling order deadlines.

**THEREFORE, IT IS ORDERED:**

1. That the plaintiffs' motion for additional time is **GRANTED**, and they shall effect service on Defendant Taylor on or before July 1, 2010. No further extensions will be allowed except upon a showing of good cause.

2. That the stay previously entered is hereby **LIFTED**, and the parties shall adhere to the current scheduling order deadlines.

THIS 23rd day of June, 2010.

                                                                          /s/ David A. Sanders
                                                                          U. S. MAGISTRATE JUDGE