IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SAMUEL T. WILLIAMS, et al.                                            PLAINTIFF

VS.                                                    CIVIL ACTION NO. 4:08CV163-A-S

CHRISTOPHER EPPS, et al.                                           DEFENDANTS

**ORDER**

This matter is before the court pursuant to the order of the district court judge (#50) granting a trial continuance and setting a trial date of March 28, 2011, and directing this court to issue new case management order deadlines.

IT IS, THEREFORE, ORDERED that the following deadlines shall now govern:

- Plaintiffs' deadline to designate experts: September 27, 2010

- Defendants' deadline to designate experts: October 20, 2010

- Discovery deadline: November 19, 2010; and

- Motions deadline: December 3, 2010

SO ORDERED, this the 17th day of September, 2010.

/s/David A. Sanders
UNITED STATES MAGISTRATE JUDGE